IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES LEE FARMER, | ) |
| Petitioner | ) |
| | ) |
| v. | ) Civil Action No. 02-17 E |
| | ) |
| Warden HARRY E. WILSON, et al. | ) |
| Respondents | ) |

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

AND NOW, to-wit, this __1st__ day of __October__, 2007, the above named individual having appeared before this Court and having been sworn to testify truthfully as to his financial ability to hire counsel and the Court being satisfied as a result thereof that the above named individual is financially unable to obtain counsel and said individual not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania, 16501, telephone number (814) 455-8089, is hereby appointed to represent the individual in all matters pertaining to this matter.

PRIMARY COUNSEL:   Thomas W. Patton
                   Assistant Federal Public Defender
                   PA ID # 88653

                                    s/Susan Paradise Baxter
                                    _____
                                    SUSAN PARADISE BAXTER
                                    Chief United States Magistrate Judge