## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES LEE FARMER,<br>　　　　Appellant<br><br>　　　　v.<br><br>HARRY E. WILSON, WARDEN;<br>BRADLEY FOULK, D.A.;<br>*TOM CORBETT, ATTORNEY GENERAL | :<br>:<br>:<br>: 　D.C. Civil No. 02-cv-00017E<br>:<br>:<br>: 　ELECTRONICALLY FILED<br>:<br>: |

*(Substituted Pursuant to Fed. R. App. P. 43(c))

### PRAECIPE FOR APPEARANCE

　　　Enter the appearance of the undersigned for the Appellees/Respondents in the above-entitled case.


SEND ALL NOTICES TO


s/Robert A. Sambroak, Jr. Esquire
Robert A. Sambroak, Jr., Esquire
First Assistant District Attorney
PA I.D.#33500
District Attorney's Office
140 West Sixth Street
Erie, Pennsylvania   16501
Phone:　　　(814) 451-6349
Fax　　　　　(814) 451-6419
rsambroak@eriecountygov.org


Dated:　　　October 2, 2007