OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4915 |
|---|---|---|

www.ca3.uscourts.gov

October 15, 2007

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501


RE: Docket No. 03-4779
    Farmer  vs. Wilson
    D.C. No. 02-cv-00017E


Dear Mr. Barth:


    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.


                             Very truly yours,
                             MARCIA M. WALDRON
                             Clerk

                        By:  LaToya W. Corprew
                             Case Manager

Enclosure

cc:
    Diana L. Stavroulakis, Esq.
    Robert A. Sambroak Jr., Esq.
    Chad J. Vilushis, Esq.