# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

James Lee Farmer )
)
)
Petitioner )
vs. )    No.    CA 02-17 Erie
Harry E. Wilson, et al )
)
)
Respondents )

**HEARING ON** October 23, 2007   Case Management Conference

**Before** Chief U. S. Magistrate Judge Susan Paradise Baxter

Thomas W. Patton, Esq., Federal P.D.   Robert A. Sambroak, Jr., Esq., Asst. D.A.

Appear for Plaintiff   Appear for Defendant

Hearing Begun 2:28   Hearing Adjourned to 2:43

Hearing concluded C.A.V.   Stenographer Ron Bench
CD:   Index:

**WITNESSES**

For Plaintiff   For Defendant

Evidentiary hearing set for January 10, 2008 at 10:00 AM.

Cynthia Sander
Staff Atty.