www.ca3.uscourts.gov

October 15, 2007

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

RE: Docket No. 03-4779
    Farmer  vs. Wilson
    D.C. No. 02-cv-00017E

Dear Mr. Barth:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

    Very truly yours,
    MARCIA M. WALDRON
    Clerk

By: LaToya W. Corprew
    Case Manager

Enclosure

cc:
    Diana L. Stavroulakis, Esq.
    Robert A. Sambroak Jr., Esq.
    Chad J. Vilushis, Esq.

RECEIVED

NOV - 8 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Documents 1-14 and State Court Records