IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES LEE FARMER, | ) |
| | ) |
| vs. | ) C.A. NO. 02-17 ERIE |
| | ) |
| HARRY E. WILSON. | ) |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania


TO: Superintendent - SCI Waymart

GREETINGS:


    WE COMMAND YOU, in the name and by the authority aforesaid that James Lee Farmer, Inmate DY-1248, under your custody detained by whatever name he may be charged, you have before this Court at Erie, Pennsylvania, on January 10, 2008 at 10:00 a.m. for a hearing before Susan Paradise Baxter, Chief United States Magistrate Judge, then and there to permit the said person, James Lee Farmer, DY-1248, , as a very material and necessary witness in the trial of the above entitled case, on behalf of the United States, or show cause why the body of said person cannot be produced.

    When the said person, James Lee Farmer, DY-1248, is no longer needed as a witness before this Court, James Lee Farmer, DY-1248, shall be returned to SCI Waymart.

    AND have you then and there this writ.

    WITNESS, The Honorable Susan Paradise Baxter
Chief Magistrate Judge of the United States
District Court this 3rd Day of December, 2007 at Erie,
Pennsylvania.

*[signature]*
_____
Clerk of Court

By: *[signature]* _____
Deputy Clerk