IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES LEE FARMER,<br>    Petitioner, | )<br>)<br>) |
| v. | ) Civil Action No. 02-17 Erie |
| HARRY E. WILSON, et al,<br>    Respondents. | )<br>)<br>) |

### **ORDER**

AND NOW, this 2nd Day of January, 2008, it is hereby

ORDERED that the Evidentiary Hearing scheduled for January 10, 2008, at 10:00 a.m., is CANCELLED. The Writ of Habeas Corpus Ad Testificandum, issued December 3, 2007, is hereby VACATED, as the Petitioner is no longer required to appear..

                                                    s/Susan Paradise Baxter
                                                  SUSAN PARADISE BAXTER
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE

c:  all parties of record (lw)