IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES LEE FARMER,                           )
                                            )
            v.                              ) C.A. No. 02-17 Erie
                                            )
HARRY E. WILSON.                            )

## ORDER

AND NOW, upon consideration of the Petitioner's Motion to Dismiss Habeas Petition, it

is ORDERED, ADJUDGED AND DECREED that the motion is granted.  The petition filed at

this docket number is hereby dismissed.


                                    _____
                                    Susan Paradise Baxter
                                    United States Magistrate Judge