IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES LEE FARMER,                    )
                                     )
        v.                           ) C.A. No. 02-17 Erie
                                     )
HARRY E. WILSON.                     )

### AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW HABEAS PETITION

Having discussed this matter with my attorney, Thomas W. Patton, I wish to withdraw the

habeas petition filed at the above captioned docket number.  I am signing this affidavit so that my

attorney can file it in support of a motion to withdraw the petition.  I understand that by

withdrawing the habeas petition I am giving up my right to have this Court rule on the petition

and that I will not be able to refile the petition at any time in the future.

_____
                James Lee Farmer

Under penalty of perjury, the undersigned declares that the contents of the foregoing
affidavit are true and correct to the best of his knowledge and belief pursuant to 28 U.S.C. §
1746.

DATE: _12-28-07_                    _____
                                                    James Lee Farmer

**EXHIBIT A**