UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

June 2, 2008

Clerk of Courts
140 West Sixth Street
Erie PA 16501

Re: Farmer v. Wilson

Civil Action No. 02-17 Erie

Dear Sir:

I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

Please receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: *[signature]*
Debra L. Mayo
Deputy Clerk

Enclosures

*[Stamp: CRIMINAL DIVISION, COUNTY COURTHOUSE, ERIE, PA 16501 — 2008 JUN -2 A 11: 27 — CLERK OF RECORDS]*